**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Rachel L. Shelstad
Nevada Bar No. 13399
rachel.shelstad@qpwblaw.com
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
Telephone: 702-751-3003
Facsimile: 702-751-3004
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL KOHLER MERCADO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC. d/b/a WALMART SUPERSTORE #5070; DOES I through X, and ROE BUSINESS ENTITIES XI through XX, inclusive, <br><br> Defendants. | Case No: 2:26-CV-00010-RFB-EJY <br><br> **SUBSTITUTION OF ATTORNEY** |

Pursuant to LR 11-6, it is hereby stipulated by and between the undersigned counsels that RACHEL L. SHELSTAD, of the law firm QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 2370 Corporate Circle, Suite 160, Henderson, Nevada 89074, telephone 702.751.3003, as counsel of record for said Defendant in place and stead TYSON & MENDES, LLP, in the above-entitled matter

DATED this _____ day of July, 2026.

7/10/2026

WALMART INC.

By: _Katia Bowman_
_____
Authorized Representative

Katia Bowman
_____
Printed Name/Title



1

## CONSENT TO SUBSTITUTION

TYSON & MENDES, LLP hereby agrees and consents to the substitution of QUINTAIROS, PRIETO, WOOD & BOYER, P.A.,. as counsel of record for Defendant, Walmart Inc., in the above-entitled action.

**TYSON & MENDES, LLP**

GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Ste. 140
Henderson, NV 89052
*Attorneys for Defendant*



I, RACHEL L SHELSTAD, am duly admitted to practice in this District and on behalf of the law firm QUINTAIROS, PRIETO, WOOD & BOYER, P.A., who has been retained by Defendant, Walmart Inc., in this matter, and hereby gives consent to this substitution as counsel of records for Defendant, Walmart, Inc.

DATED this 14th day of July, 2026.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

_____
RACHEL L. SHELSTAD
Nevada Bar No. 13399
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
*Attorneys for Defendant, Walmart, Inc*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:        July 14, 2026
_____



3