**Tabetha A. Martinez, Esq.**
**Nevada Bar No. 14237**
**Susan E. Gillespie, Esq.**
**Nevada Bar No. 15227**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
sgillespie@burgermeyer.com

Attorneys for Defendants
WALMART, INC.

BURGER, MEYER & D' ANGELO, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL KOHLER MERCADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. d/b/a WALMART SUPERSTORE #5070; DOES I through X, and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No: 2:26-CV-00010-RFB-EJY<br><br>**SUBSITUTION OF COUNSEL** |

Pursuant to LR IA 11-(c), Defendant WALMART, INC., hereby substitute the law firm of BURGER, MEYER & D'ANGELO, LLP, as their counsel of record in place and stead of RACHEL L. SHELSTAD, ESQ. and LAINA T. LEAVITT, ESQ., of the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. All future notices to the Defendant in this matter should be sent to:

Tabetha A. Martinez, Esq. (NV 14237)
Susan E. Gillespie, Esq. (NV 15227)
BURGER, MEYER & D'ANGELO, LLP
725 S 8th Street, Suite 200
Las Vegas, NV 89101

MAILING ADDRESS:
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889

IT IS SO AGREED AND STIPULATED:

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: */s/ Rachel L. Shelstad*
Rachel L. Shelstad
Nevada Bar No. 13399
Laina T. Leavitt
Nevada Bar No. 12295
2370 Corporate Circle, Suite 160
Las Vegas, Nevada 89074
Former Attorneys for Defendant Walmart Inc.

BURGER, MEYER & D'ANGELO, LLP

By:______________________
Tabetha A. Martinez
Nevada Bar No. 14237
Susan E. Gillespie
Nevada Bar No. 15227
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
Attorneys for Defendant Walmart Inc.

Dated: September 14, 2026

WALMART, INC.

By: */S/ Katia Bowman*
Katia Bowman

IT IS SO ORDERED this 22nd day of September, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE

BURGER, MEYER & D' ANGELO, LLP